IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SHARKEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAROLE AGENT E. O'NEAL, PAROLE AGENT D. GRAHAM, PAROLE AGENT S. FOSTER, PAROLE DIVISION SUPERVISOR C. SYDNEY,<br><br>　　　　Defendants. | No. C 09-4341 JSW (PR)<br><br>**JUDGMENT** |

Pursuant to the order granting Defendants' motion to dismiss, judgment is hereby entered in favor of Defendants.

IT IS SO ORDERED.

DATED: February 25, 2011

_____
JEFFREY S. WHITE
United States District Judge